UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>KERN VALLEY STATE PRISON, et al.,<br><br>Defendants. | No. 1:22-cv-01505-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(ECF No. 17)<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS UNDER 28 U.S.C. § 1915(g) AND REQUIRING PLAINTIFF TO PAY THE $402.00 FILING FEE IN FULL WITHIN THIRTY DAYS |

David Nathaniel Roberts ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 5, 2023, findings and recommendations were entered, recommending that Plaintiff's *in forma pauperis* status be revoked under 28 U.S.C. § 1915(g), and Plaintiff be required to pay the $402.00 filing fee for this action in full.[1] (ECF No. 17.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day time period has passed, and Plaintiff has not filed objections.

///

---

[1] As of February 10, 2023, Plaintiff had not paid any of the filing fee for this case.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations entered by the Magistrate Judge on January 5, 2023, (ECF No. 17), are ADOPTED IN FULL;

2. Plaintiff's *in forma pauperis* status is REVOKED under 28 U.S.C. § 1915(g);

3. The Court's order issued on September 29, 2022, (ECF No. 8), granting Plaintiff's application to proceed *in forma pauperis,* is VACATED;

4. The court's order issued on September 29, 2022, (ECF No. 9), directing payment of the filing fee by the CDCR, is VACATED;

5. Within thirty days of the date of service of this order, Plaintiff is required to pay the $402.00 filing fee in full for this action;

6. Failure to comply with this order shall result in the dismissal of this action; and

7. The Clerk of Court is directed to serve a copy of this order on:

    (1) the Financial Department, U.S. District Court, Eastern District of California; and

    (2) the Director of the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated:   March 20, 2023

UNITED STATES DISTRICT JUDGE