UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS, | No. 1:22-cv-01505-ADA-GSA (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULLY, DISMISSING CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| KERN VALLEY STATE PRISON, et al., | |
| Defendants. | (ECF Nos. 18, 19.) |

Plaintiff David Nathaniel Roberts ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2023, the Magistrate Judge issued findings and recommendations recommending that this case be dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order issued on March 21, 2023, which required Plaintiff to pay the $402.00 filing fee for this case in full within 30 days. (ECF No. 19.) Plaintiff was granted until May 26, 2023, to file objections to the findings and recommendations. (*Id.*) May 26, 2023, has passed, and Plaintiff has not filed objections, paid the $402.00 filing fee, or filed any other response to the findings and recommendations.

///

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 8, 2023, (ECF No. 19), are adopted in full;

2. This case is dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order issued on March 21, 2023, (ECF No. 18); and

3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   July 17, 2023                                          _____
                                                                                  UNITED STATES DISTRICT JUDGE